Jeanne L. Zimmer (SBN 123321)
zimmerj@cmtlaw.com
Robert D. Berglund (SBN 234081)
berglunr@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants,
WORLD FINANCIAL NETWORK
NATIONAL BANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE GAVIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WORLD FINANCIAL NETWORK NATIONAL BANK RECOVERY, a business entity whose form is unknown, SPIEGEL BRANDS, INC., A Corporation of Unknown Origin and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | CASE NO. 09-cv-05270-PA (AJWx)<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the above-entitled lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation to Dismiss the entire lawsuit, with prejudice, within 40 days from the date of this

///
///
///

1

06024.00/164698　　　　　　　　NOTICE OF SETTLEMENT

1  Notice.  The parties request that the Court take off calendar all future calendared
2  dates.
3
4  DATED: May 28, 2010                CARLSON & MESSER LLP
5
6                                     By:   /s/ Robert D. Berglund
                                           Jeanne L. Zimmer
7                                          Robert D. Berglund
                                           Attorneys for Defendants,
8                                          WORLD FINANCIAL NETWORK
                                           NATIONAL BANK
9
10 DATED: May 28, 2010                LAW OFFICES OF CRAIG P. FAGAN
11
12                                    By:   /s/ Craig P. Fagan
                                           Craig P. Fagan
13                                         Attorneys for Plaintiff,
                                           ANTOINETTE GAVIN

2

06024.00/164698                       NOTICE OF SETTLEMENT