JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOINETTE GAVIN, | ) | CASE NO. 09-cv-05270-PA (AJWx) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| WORLD FINANCIAL NETWORK NATIONAL BANK RECOVERY, a business entity whose form is unknown, SPIEGEL BRANDS, INC., A Corporation of Unknown Origin and DOES 1-10, Inclusive, | ) | |
| Defendants. | ) | |

The Court has reviewed the Stipulation of Plaintiff ANTOINETTE GAVIN and Defendant WORLD FINANCIAL NETWORK NATIONAL BANK to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

**1**

06024.00/165105

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

1.     That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: June 14, 2010    _____

UNITED STATES DISTRICT COURT JUDGE